The Supreme Court docket number is SC 18130.

*William J. Sweeney, Jr.*, in support of the petition.

*Sean R. Higgins*, in opposition.

Decided March 25, 2008

## MAUREEN MURPHY *v.* LORD THOMPSON MANOR, INC.

The defendant's petition for certification for appeal from the Appellate Court, 105 Conn. App. 546 (AC 28106), is denied.

*Julie D. Blake*, in support of the petition.

*Lindy R. Urso*, in opposition.

Decided March 25, 2008

## IN RE T.K.

The petition by the respondent parents for certification for appeal from the Appellate Court, 105 Conn. App. 502 (AC 28458), is denied.

*Penn Rhodeen*, in support of the petition.

*John E. Tucker*, assistant attorney general, in opposition.

Decided March 25, 2008

## STATE OF CONNECTICUT *v.* WILLIAM EASTWOOD

The defendant's petition for certification for appeal from the Appellate Court, 83 Conn. App. 452 (AC 23907), is denied.

*Michael Zariphes*, special public defender, in support of the petition.